CUYAHOGA COUNTY BAR ASSOCIATION v. GARFIELD.

[Cite as *Cuyahoga Cty. Bar Assn. v. Garfield,*
112 Ohio St.3d 1216, 2007-Ohio-803.]

(No. 2005–2333—Submitted February 13, 2007—Decided February 20, 2007.)

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Robert Earl Garfield, Attorney Registration No. 0001873, last known business address in Pepper Pike, Ohio.

{¶ 2} The court coming now to consider its order of May 3, 2006, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of eighteen months with a starting date of March 28, 2005, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} It is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier case, see *Cuyahoga Cty. Bar Assn. v. Garfield,* 109 Ohio St.3d 103, 2006-Ohio-1935, 846 N.E.2d 45.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.